(Opinion filed April 5, 1888.)

---

HENRY T. BALDRIDGE, Appellant, v. JAMES REILLY,
Appellee.   (Civil No. 227.)

APPEAL from the District Court of the First Judicial
District in and for the County of Cochise.

Geo. G. Berry, for Appellant.

Thomas Mitchell, for Appellee.

PER CURIAM. We think that the probate court erred
in striking out that portion of defendant's answer to the

petition for distribution wherein there was a denial of a balance in the hands of the removed administrator, Reilly, and for that reason affirm the judgment of the District Court, holding for naught the judgment of the probate court, entered March 15, 1887.

(Opinion filed May 26, 1888.)